# EXHIBIT A



**Vyse Gelatin Company**
Edible and Pharmaceutical Gelatins
5010 North Rose Street • Schiller Park, Illinois 60176
(847) 678-4780       Fax: (847) 678-0329

# INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 50243 | 1/6/06 |

SOLD TO:

Nellson Nutraceutical
5801 Ayala Ave.
Irwindale, CA  91706
USA

SHIP TO:

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| BAZ3466 B/L #62062 | 1/6/06 | 1/6/06 | Will Call | |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| Westco | Net 30 Days | 2/5/06 | |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Hydrolysate | 20000 | 20000 | Hydrolyzed Beef Gelatin | 2.65 | 53,000.00 |
| Misc | 20000 | 20000 | Freight | 0.07 | 1,400.00 |
| | | | Lot 44489-50811 Item 11-02481 | | |

MESSAGE:
The gelatin billed above, in original package, as delivered by us, is not adulterated or misbranded and is guaranteed to meet the requirements of the Federal Food, Drug and Cosmetic Act, and is hereby guaranteed, as of the date of such shipment or delivery, to be, on such date, not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, and not an article which may not, under the provisions of section 404 or 505 of the act, be introduced into interstate commerce.

We use Dunn & Bradstreet for collection services.
Any costs incurred to collect on a delinquent payment will be added to the balance of your account.

| | |
|---|---|
| SUBTOTAL | 54,400.00 |
| SHIPPING | |
| TOTAL | $54,400.00 |



**Vyse Gelatin Company**
Edible and Pharmaceutical Gelatins
5010 North Rose Street • Schiller Park, Illinois 60176
(847) 678-4780        Fax: (847) 678-0329

# INVOICE

| INVOICE NO. | INVOICE DATE |
|---|---|
| 50289 | 1/25/06 |

SOLD TO:

Nellson Nutraceutical
5801 Ayala Ave.
Irwindale, CA  91706
USA

SHIP TO:

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| BA3723 | 1/25/06 | 1/25/06 | Will Call | |
| **SALESPERSON** | **TERMS** | **PAYMENT DUE** | | **NOTES** |
| Westco | Net 30 Days | 2/24/06 | | |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Hydro Gelati | 10400 | 10400 | Gelatin Hydrolysate Type B | 2.65 | 27,560.00 |
| Misc | 10400 | 10400 | Freight | 0.07 | 728.00 |
| | | | Lot 44726-60301 240 Bags | | |
| | | | Lot 44489-50811 20 Bags | | |

MESSAGE:
The gelatin billed above, in original package, as delivered by us, is not adulterated or misbranded and is guaranteed to meet the requirements of the Federal Food, Drug and Cosmetic Act, and is hereby guaranteed, as of the date of such shipment or delivery, to be, on such date, not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, and not an article which may not, under the provisions of section 404 or 505 of the act, be introduced into interstate commerce.

We use Dunn & Bradstreet for collection services.
Any costs incurred to collect on a delinquent payment will be added to the balance of your account.

| | |
|---|---|
| SUBTOTAL | 28,288.00 |
| SHIPPING | |
| **TOTAL** | **$28,288.00** |

SAFEGUARD

# INVOICE

**Vyse Gelatin Company**
Edible and Pharmaceutical Gelatins

5010 North Rose Street * Schiller Park, Illinois 60176
(847) 678-4780   Fax: (847) 678-0329

| INVOICE NO. | INVOICE DATE |
|---|---|
| 50244 | 1/12/06 |

**SOLD TO:**

Nellson Nutraceutical
5801 Ayala Ave.
Irwindale, CA  91706
USA

**SHIP TO:**

| PURCHASE ORDER NUMBER | DATE ORDERED | DATE SHIPPED | SHIP VIA | F.O.B. |
|---|---|---|---|---|
| BA3663 | 1/12/06 | 1/12/06 | Will Call | |

| SALESPERSON | TERMS | PAYMENT DUE | NOTES |
|---|---|---|---|
| Westco | Net 30 Days | 2/11/06 | |

| ITEM | ORDERED | SHIPPED | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| Hydrolysate | 20800 | 20800 | Hydrolyzed Beef Gelatin 6356 | 2.65 | 55,120.00 |
| Misc | 20800 | 20800 | Freight | 0.07 | 1,456.00 |
| | | | Lot 44568-52105 Item 11-02481 | | |

**MESSAGE:**
The gelatin billed above, in original package, as delivered by us, is not adulterated or misbranded and is guaranteed to meet the requirements of the Federal Food, Drug and Cosmetic Act, and is hereby guaranteed, as of the date of such shipment or delivery, to be, on such date, not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, and not an article which may not, under the provisions of section 404 or 505 of the act, be introduced into interstate commerce.

We use Dunn & Bradstreet for collection services.
Any costs incurred to collect on a delinquent payment will be added to the balance of your account.

| | |
|---|---|
| SUBTOTAL | 56,576.00 |
| SHIPPING | |
| TOTAL | $56,576.00 |