# EXHIBIT B

**STRAIGHT BILL OF LADING — ORIGINAL — NOT NEGOTIABLE**

Page 1 of 1

| B/L DATE |
|---|
| 1/11/2006 |
| B/L NO. |
| 62758 |

FROM: WESTCO CHEMICALS, INC.
AT: 12551-61 Saticoy St. South, North Hollywood, CA 91605

CARRIER BY: WILL CALL

SHIP TO:
NELLSON NUTRACEUTICAL
5801 AYALA AVE
IRWINDALE, CA 60176

SOLD TO:
VYSE GELATIN COMPANY
5010 N. ROSE ST.
SCHILLER PARK, IL 60176

| CUST. NO. | SALES AG. | OPERATOR | REQ. NO. | SHIP VIA | | | DATE | CHECKED BY |
|---|---|---|---|---|---|---|---|---|
| VYSE | 1 | CONI | | WILL CALL | | | | |

| CUST. ORDER NO | SHIP DATE | WHSE | FREIGHT | F.O.B. REMARK |
|---|---|---|---|---|
| BA3663 | 1/12/2006 | 4S | 0 | NO HWD, CA |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H/M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 520 | 520 | 40#B<br><br>11-02481 | | GEL HYDROLYSATE (NEL) 40#B<br>(CALF, 40# BAG)<br>GELATIN HYDROLYSATE, TYPE B<br><br>Lot Number:       Weight:<br>44568-52105      20800<br><br>                Total Weights: | 20800 lbs<br><br><br><br><br><br><br>20800 lbs | 21320 lbs<br><br><br><br><br><br><br>21320 lbs | |

PLEASE FAX POD TO GARY 1-847-678-0329

WILL CALL 1/12/06

**IN CASE OF EMERGENCY CALL CHEMTREC: 800-424-9300**

Note - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight".

"The fiber boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification." Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

$ _____ per _____ [signature M. And]  (Signature of Consignor)

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | CARRIER | COD | Amt: $ 0.00 |
|---|---|---|---|
| SHIPPER [signature] 1/12/06 | PLACARDS OFFERED DRIVER PLEASE INITIAL. | PLACARDED ☐ NAME OF PLACARD | FREIGHT CHARGES |
| PER [signature] | AGENT [signature] 1-12-06<br>PER | | If charges are to be prepaid, write or stamp here. "TO BE PREPAID."<br>COLLECT |

Permanent Post Office Address Of Shipper

TOTAL NO. OF PACKAGES REC'D. _____

1

# STRAIGHT BILL OF LADING — ORIGINAL — NOT NEGOTIABLE

Page 1 of 1

**B/L DATE:** 12/14/2005
**B/L NO.:** 62062

**FROM:** WESTCO CHEMICALS, INC.
**AT:** 12551-61 Saticoy St. South, North Hollywood, CA 91605

**CARRIER BY:** WILL CALL

**SHIP TO:**
NELLSON NUTRACEUTICAL
5801 AYALA AVE
IRWINDALE, CA 60176

**SOLD TO:**
VYSE GELATIN COMPANY
5010 N. ROSE ST.
SCHILLER PARK, IL 60176

| CUST. NO. | SALES AG. | OPERATOR | REQ. NO. | SHIP VIA | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| VYSE | 1 | CONI | | WILL CALL | | | | | | |

| CUST. ORDER NO. | SHIP DATE | WHSE | FREIGHT | F.O.B. REMARK | DATE | CHECKED BY |
|---|---|---|---|---|---|---|
| BAZ3466 | 1/6/2006 | 4S | 0 | NO HWD, CA | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | H/M | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 500 | 500 | 40#B<br><br>11-02481 | | GEL HYDROLYSATE (NEL) 40#B<br>(CALF, 40# BAG)<br>GELATIN HYDROLYSATE, TYPE B<br><br>Lot Number:       Weight:<br>44489-50811      20000<br><br>            Total Weights: | 20000 lbs<br><br><br><br><br><br>20000 lbs | 20500 lbs<br><br><br><br><br><br>20500 lbs | |

PLEASE FAX POD TO GARY 1-847-678-0329

WILL CALL 1/6/06

## IN CASE OF EMERGENCY CALL CHEMTREC: 800-424-9300

Signature: M. Ana

**SHIPPER** signature
PER: Gino Costa
1/9/06

**CARRIER / AGENT:** Gino Costa 1-9-06

**PLACARDS OFFERED DRIVER PLEASE INITIAL.**
**PLACARDED ☐ NAME OF PLACARD**

**COD Amt: $** 0.00

**FREIGHT CHARGES**
If charges are to be prepaid, write or stamp here. "TO BE PREPAID."
COLLECT

1

**STRAIGHT BILL OF LADING — ORIGINAL — NOT NEGOTIABLE**

Page 1 of 1

B/L DATE: 1/25/2006
B/L NO.: 63161

FROM: WESTCO CHEMICALS, INC.
AT: 12551-61 Saticoy St. South, North Hollywood, CA 91605

CARRIER BY: WILL CALL

SHIP TO:
NELLSON NUTRACEUTICAL
5801 AYALA AVE
IRWINDALE, CA 60176

SOLD TO:
VYSE GELATIN COMPANY
5010 N. ROSE ST.
SCHILLER PARK, IL 60176

| CUST. NO. | SALES AG. | OPERATOR | REQ. NO. | SHIP VIA |
|---|---|---|---|---|
| VYSE | 1 | CONI | | WILL CALL |

| CUST. ORDER NO. | SHIP DATE | WHSE | FREIGHT | F.O.B. REMARK | DATE | CHECKED BY |
|---|---|---|---|---|---|---|
| BA3723 | 1/25/2006 | 4S | 0 | NO HWD, CA | | |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | HM | DESCRIPTION | NET WEIGHT | GROSS WEIGHT | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 260 | 260 | 40#B  11-02481 | | GEL HYDROLYSATE (NEL) 40#B (CALF, 40# BAG) GELATIN HYDROLYSATE, TYPE B  Lot Number: 44489-50811 - 20  Weight: 800  44726-60301  Total Weights: 10400 lbs 10660 lbs  PLEASE FAX POD TO GARY 1-847-678-0329  WILL CALL NOW | 10400 lbs | 10660 lbs | |

**IN CASE OF EMERGENCY CALL CHEMTREC: 800-424-9300**

COD Amt: $ 0.00

FREIGHT CHARGES — If charges are to be prepaid, write or stamp here, "TO BE PREPAID."

COLLECT

1