# EXHIBIT C

# REVISED PURCHASE ORDER

**Nellson Nutraceutical**
5801 Ayala Avenue
Irwindale, CA 91706

**Bill To:**
Nellson Nutraceutical
5801 Ayala Av
Irwindale, CA 91706

PAGE: 1 OF 1

| Order Date | Purchase Order # |
|---|---|
| 8-DEC-05 | BA3466 |

Pay Terms: Net 30
Vendor Contact: Gary
Vendor Phone: (847) 678-4780
Vendor Fax: (847) 678-0329

**SHIP:**
Nellson Nutraceutical
5801 Ayala Av
Irwindale, CA 91706

Receiving Hours 7:00am to 4:00pm

**VENDOR:**
VYS01
Vyse Gelatin Company
5010 N Rose St
Schiller Park, IL 60176

Phone: (847) 678-4780    Fax: (847) 678-0329

| FOB | Ship Via | Confirmed | Confirmation Date |
|---|---|---|---|
| FOB Shipping Point | As Per Agreement | NO | |

## Confirmation Required For All Pages
### Please sign and return to:

BARBARA ALVAREZ    Phone: (626) 815-3387
Fax: (626) 812-6525    balvarez @ nellsonni.com

| Line # | Part Code | Description | Quantity | UOM | Unit Price | UOM | Total Price |
|---|---|---|---|---|---|---|---|
| 1 | 11-02481 | Hydrolyzed Beef Gelatin SD 6356 | 20,000.0 | LBS | 2.6500 | LBS | 53,000.00 |
| | | | | | Delivery Date: 6-JAN-06 | | |

RECEIVED DEC 13 2005

*please adjust quantity to above.*
*Revision 12/13*

1. Packing Slip and Certificate of Analysis must accompany every shipment, or faxed to (626) 334-4722 concurrently with shipment.
2. 24-hour dock appointment is required. Please call delivery location for appointment at (626) 815-3360
3. All incoming pallets must be new or reconditioned GMA pallets.
4. All Materials must be Kosher certified with Kosher organization acceptable by the Orthodox Union, and marked accordingly.

| | |
|---|---|
| Freight | 0.00 |
| Miscellaneous | 0.00 |
| Total Tax | 0.00 |
| **Order Total** | **53,000.00** |

BY: _____
AUTHORIZED SIGNATURE

REVISED 12/13/2005

# PURCHASE ORDER

**Nellson Nutraceutical**
5801 Ayala Avenue
Irwindale, CA 91706

PAGE: 1 OF 1

**Bill To:**
Nellson Nutraceutical
5801 Ayala Av
Irwindale, CA 91706

| Order Date | Purchase Order # |
|---|---|
| 19-JAN-06 | BA3723 |

Pay Terms: Net 30
Vendor Contact: Gary
Vendor Phone: (847) 678-4780
Vendor Fax: (847) 678-0329

**SHIP:**
Nellson Nutraceutical
5801 Ayala Av
Irwindale, CA 91706

Receiving (Mon-Fri) 6:30a-4:30p

**VENDOR:**
VYS01
Vyse Gelatin Company
5010 N Rose St
Schiller Park, IL 60176

Phone: (847) 678-4780   Fax: (847) 678-0329

| FOB | Ship Via | Confirmed | Confirmation Date |
|---|---|---|---|
| FOB Shipping Point | As Per Agreement | NO | |

**Confirmation Required For All Pages**
**Please sign and return to:**

Signature: M. Miller   Date: 1/19/06

BARBARA ALVAREZ   Phone: (626) 815-3387
Fax: (626) 812-6525   balvarez @ nellsonni.com

| Line # | Part Code | Description | Quantity | UOM | Unit Price | UOM | Total Price |
|---|---|---|---|---|---|---|---|
| 1 | 11-02481 | Hydrolyzed Beef Gelatin SD 6356 | 10,000.0 (10,400) | LBS | 2.6500 | LBS | 26,500.00 |

Delivery Date: 25-JAN-06

pick up

RECEIVED JAN 19 2006

E-mailed
Gary, Russ + Connie @ Westco
1/19/06

1. Packing Slip and Certificate of Analysis must accompany every shipment, or faxed to (626) 334-4722 concurrently with shipment.
2. 24-hour dock appointment is required. Please call delivery location for appointment at (626) 815-3360
3. All incoming pallets must be new or reconditioned GMA pallets.
4. All Materials must be Kosher certified with Kosher organization acceptable by the Orthodox Union, and marked accordingly.

| | |
|---|---|
| Freight | 0.00 |
| Miscellaneous | 0.00 |
| Total Tax | 0.00 |
| **Order Total** | **26,500.00** |

BY: Gary R
AUTHORIZED SIGNATURE

ORIGINAL

# PURCHASE ORDER

**Nellson Nutraceutical**
5801 Ayala Avenue
Irwindale, CA 91706

PAGE: 1 OF 1

**Bill To:**
Nellson Nutraceutical
5801 Ayala Av
Irwindale, CA 91706

| Order Date | Purchase Order # |
|---|---|
| 11-JAN-06 | BA3663 |

Pay Terms: Net 30
Vendor Contact: Gary
Vendor Phone: (847) 678-4780
Vendor Fax: (847) 678-0329

**SHIP:**
Nellson Nutraceutical
5801 Ayala Av
Irwindale, CA 91706

Receiving (Mon-Fri) 6:30a-4:30p

**VENDOR:**
VYS01
Vyse Gelatin Company
5010 N Rose St
Schiller Park, IL 60176

Phone: (847) 678-4780    Fax: (847) 678-0329

| FOB | Ship Via | Confirmed | Confirmation Date |
|---|---|---|---|
| FOB Shipping Point | As Per Agreement | NO | |

**Confirmation Required For All Pages**
**Please sign and return to:**

BARBARA ALVAREZ    Phone: (626) 815-3387
Fax: (626) 812-6525    balvarez @ neilsonni.com

| Name | Date |
|---|---|

| Line # | Part Code | Description | Quantity | UOM | Unit Price | UOM | Total Price |
|---|---|---|---|---|---|---|---|
| 1 | 11-02481 | Hydrolyzed Beef Gelatin SD  6356 | 20,800.0 | LBS | 2.6500 Delivery Date: 18-JAN-06 | LBS | 55,120.00 |

RECEIVED JAN 11 2006

*Smitto Westo - (Russ + Conn)*
*via email 1/11/06*
*Russ confirmed to Ily*
*1/11/06*
*Ily confirmed to Barbara 1/11/06*

1. Packing Slip and Certificate of Analysis must accompany every shipment, or faxed to (626) 334-4722 concurrently with shipment.
2. 24-hour dock appointment is required. Please call delivery location for appointment at (626) 815-3360
3. All incoming pallets must be new or reconditioned GMA pallets.
4. All Materials must be Kosher certified with Kosher organization acceptable by the Orthodox Union, and marked accordingly.

| | |
|---|---|
| Freight | 0.00 |
| Miscellaneous | 0.00 |
| Total Tax | 0.00 |
| **Order Total** | **55,120.00** |

BY: _____ AUTHORIZED SIGNATURE

ORIGINAL