# Exhibit A

## VOICEMAIL MESSAGE FROM TOM JAGIELA TO GREG LOW AT PRIDE

Hi Greg, my name is Tom Jagiela. I'm from Nellson Nutraceutical, and I know that Bob Frazier had talked to somebody in your organization yesterday and we just wanted to make you aware that ah, the, lawyers that are representing, ah, yourself and, and a few other of our suppliers in our bankruptcy case are, are kind of trashing us a little bit here and trashing the management and calling, you know, the management incompetent at Nellson and several other things, uh. So we just wanted to make you aware along with the other, ah, vendors if that's really how everyone feels about, ah, we will take a different tact, you know, and start utilizing some of the other suppliers as we are going along here. We felt that our partnership has been strong through this and we have done everything that we said we were going to do so far, and it sounds as though the strategy that people are coming up with against us is, is you know, kind of hurting out in the world out there; and what we found through, you know, other people is that you may not know this; so we just wanted to make you aware. If you want to give me a call back, my first name is Tom may last name is spelled J-A-G-I-E-L-A and I'm at 626-815-3375. That's 626-815-3375. Appreciate a call Greg. Thanks. Bye.

10/6/2006

FYI

Gerry,

Bill Coole is checking this out and I intend to call Jeff Dias, Pres of Nelsons once I understand what is behind this.
It seems that there was a meeting that Jeff was at concerning their bankruptcy and a legal representative for Kerry was in attendance. The Kerry representative supposedly put a kabosh on their financial plans. Jeff has directed his people to start replacing Kerry as soon as possible.
Are you aware of anything?


-----Original Message-----
**From:** Parle, Keith
**Sent:** Monday, October 02, 2006 4:13 PM
**To:** Duncan, Joe
**Cc:** Scharinger, Scott; Grove, Verle
**Subject:** FW: Kerry's Legal Strategy

pls see the note - ...spoke to Greg and the issue is over comments made a meeting last week.


-----Original Message-----
**From:** gbatts@nellsonni.com [mailto:gbatts@nellsonni.com]
**Sent:** Monday, October 02, 2006 2:11 PM
**To:** Parle, Keith
**Cc:** Holliday, Teresa
**Subject:** Kerry's Legal Strategy


Keith,

As per my conversation this morning with Nellson's President/CEO , there is a strong initiative/directive to transition existing business with Kerry to alternate sources of supply. Kerry's legal strategy does not support and/or comply with Nellson's. This strategy clearly states that Kerry does not plan on being an aligned partner with Nellson.

I would suggest that you review this information with your Executive Committee and let me know your thoughts regarding your legal initiative.

Please feel free to discuss.

Sincerely,

Gregory K. Batts
Senior Director Purchasing
Nellson Nutraceutical
5801 Ayala Avenue
Irwindale, CA 91706
Phone: 626-815-3341
Fax: 626-815-0661

## Kintz, Dona K.

**From:** Grove, Verle [VGrove@KERRYGROUP.com]
**Sent:** Wednesday, October 04, 2006 9:08 AM
**To:** ZZ-Duncan, Joe
**Subject:** FW: **URGENT** request for conf call with Nellson

We have been summoned. Have you heard anything yet?

-----Original Message-----
From: Parle, Keith
Sent: Wednesday, October 04, 2006 8:00 AM
To: Holliday, Teresa; Grove, Verle
Subject: Re: **URGENT** request for conf call with Nellson

I land in about 30 mins so pls just call me on my cell

If my cell does not work then call me at the Hudson plant

We are in internal meetings and I can break loose anytime that suits verls and NNI

We are scheduled to leave just after lunch CST

Thxs
-----------------------
Sent from my BlackBerry Wireless Handheld


----- Original Message -----
From: Holliday, Teresa
To: Parle, Keith
Sent: Tue Oct 03 19:46:40 2006
Subject: **URGENT** request for conf call with Nellson

Keith,
Greg Batts just called and is insisting that we have a conference call with him and Jeff Dias tomorrow. I told him that we were not available in the morning - so he wants to set up something in the afternoon. He is concerned that Jeff hear from us ASAP, before they begin to taking steps to move away from Kerry. He stated that there appears to be a major disconnect between our legal representative and NNI Executive Group. He also asked if Verle could join the call.

Let me know what time would work for you so that I can confirm with Greg first thing Wednesday morning.

Thanks,
Teresa

10/04/2006

## Kintz, Dona K.

**From:** Grove, Verle [VGrove@KERRYGROUP.com]
**Sent:** Tuesday, October 03, 2006 12:01 PM
**To:** ZZ-Duncan, Joe
**Cc:** Grove, Verle
**Subject:** legal strategy

please review




Jeff,

I left a voicemail message for you yesterday afternoon relating to your legal concerns regards Kerry and indicated that I would get back to you today once I understood better what was going on.

After speaking with our legal people and Joe Duncan, I now understand or assume that this is related to actions by the Unsecured Creditor's Committee. I can not speak to this in detail but I can comment on Kerry's view of working with your company.

Despite these legal hearing that are going on, Kerry Americas is fully confident in Nellson's management and future as a company which is why we resumed shipments on normal terms two days after your bankruptcy filing. Nothing has changed this view and we continue to release orders without restriction to both Nellson USA and Nellson Canada.

Please feel free to call either myself or Joe Duncan to discuss further if you have any questions or concerns. Joe would be happy to discuss with you his activities regards the Unsecured Creditor's Committee. His number is 608 361 7015.

Thank you for your continuing business with us and I wish you the best as you work through this process.

Best regards,

Verle


Verle Grove
President Sweet and Cereal Business Units

400 Prairie Village Drive
New Century, KS 66031

Direct:   (913) 780 1212
Cellular: (913) 205 9681




10/04/2006

## Kintz, Dona K.

**From:** Gwynne, Kurt F.
**Sent:** Wednesday, October 04, 2006 3:48 PM
**To:** Gwynne, Kurt F.
**Subject:** BLOMMER EMAILS

---

**From:** Jack Larsen [mailto:Jack@blommer.com]
**Sent:** Wednesday, October 04, 2006 2:16 PM
**To:** Gwynne, Kurt F.
**Subject:** FW: Nellson - Relating to our earlier phone conversation

Kurt,

Below please find the e-mails you asked us to forward to you. Steve Kline is the VP West Coast Sales. Tori Blommer-O'Malley is the VP and General Mananger of our Plant in Union City, California.

Please let me know if you have any questions.

Thanks,

Jack

---

**From:** Tori Blommer-O'Malley [mailto:tblommer@uc.blommer.com]
**Sent:** Tuesday, October 03, 2006 12:06 PM
**To:** Jack Larsen
**Subject:** FW: Nellson - Relating to our earlier phone conversation

FYI – I don't intend to send any other communication until after our call. Greg Batts told Steve Kline that all communication had to be in writing and directed through him.

Blommer Chocolate
Vice President
*Tori Blommer-O'Malley*
tblommer@uc.blommer.com  (510) 429-4512

---

**From:** Tori Blommer-O'Malley
**Sent:** Tuesday, October 03, 2006 10:01 AM
**To:** gbatts@nellsonnni.com
**Cc:** Steve Kline
**Subject:** RE: Relating to our earlier phone conversation

Hello Greg,

After reviewing the email exchange below, I must admit that we are even more dismayed and confused by the statements that were relayed to us as well as the statement in your email regarding "your Executive's knowledge of Blommer's legal strategy". We would like the would like the opportunity to meet in person with Nellson's

10/04/2006

Executive Management Group to better understand the statements made by your CEO that you relayed to Steve Kline.

Greg, we value your business and would like to clear up any miscommunications. Could you please help us arrange an in person meeting between the Blommer Executive Management and Nellson Executive Management? Thank you for your help.

Blommer Chocolate
Vice President
*Tori Blommer-O'Malley*
tblommer@uc.blommer.com  (510) 429-4512

---

**From:** gbatts@nellsonni.com [mailto:gbatts@nellsonni.com]
**Sent:** Tuesday, October 03, 2006 9:38 AM
**To:** Steve Kline
**Cc:** Steve Kline
**Subject:** Relating to our earlier phone conversation

Steve,

Please keep me updated on your correspondence with Legal Department and Executive Group.

I look forward to your response.

Thanks,

Gregory K. Batts
Senior Director Purchasing
Nellson Nutraceutical
5801 Ayala Avenue
Irwindale, CA 91706
Phone: 626-815-3341
Fax: 626-815-0661

"Steve Kline" <SRKline@UC.BLOMMER.COM>

10/03/2006 09:02 AM

To <gbatts@nellsonni.com>
cc "UC-Steve Kline" <SRKline@UC.BLOMMER.COM>
Subject RE: Relating to our earlier phone conversation

Greg,

If I understand your comment, you are suggesting that the Blommers' speak internally with their Legal Department to more fully understand the position communicated to your group up to this point. That is obviously what they intend to do in advance of any meeting with your Executive Mgmt Group. With that point made and acknowledged, what do you suggest as next steps? You mentioned yesterday that all communication should go through you, so that is what I am doing. If, however, Hank or Joe Blommer should, in your view, communicate directly via telephone or e-mail with you or someone else in your organization, that is also perfectly acceptable. I am hoping for some guidance from you at this juncture. We want to do this in a way that helps open dialogue,

working through the proper channels to do so. Any guidance you can offer is hugely appreciated, Greg.
I look forward to hearing from you again soon. Thanks.

Blommer Chocolate
Vice President, Sales

# Stephen R. Kline

Stephen R. Kline

---

**From:** gbatts@nellsonni.com [mailto:gbatts@nellsonni.com]
**Sent:** Monday, October 02, 2006 3:39 PM
**To:** Steve Kline
**Subject:** Relating to our earlier phone conversation

Steve,

Thanks for the communication regarding your Executive's knowledge of Blommer's legal strategy. I would suggest that your Ownership and legal group start the communication process to better understand comments that were related to Nellson's Executive Group.

Sincerely,

Gregory K. Batts
Senior Director Purchasing
Nellson Nutraceutical
5801 Ayala Avenue
Irwindale, CA 91706
Phone: 626-815-3341
Fax: 626-815-0661

"Steve Kline" <SRKline@UC.BLOMMER.COM>

10/02/2006 02:23 PM

To <gbatts@nellsonni.com>
cc
Subject Relating to our earlier phone conversation

Greg,

I have spoken with Hank Blommer (CEO), Tori Blommer-O'Malley (Sr. Vice-President, Operations) and Jack Larsen (CFO) and informed them of our conversation of this AM. They are collectively dismayed to hear the news you intended to move your business away from Blommer Chocolate Company, especially after such a long history together.

Additionally, I paraphrased for them the comments you relayed to me from your CEO regarding his observation that our "Legal Strategy" is not aligned with that of Nellson's Executive Management Group. They were surprised

and expressed concern that there has been some miscommunication. I would like to extend the offer of our Ownership Group (not our legal group) to come down and meet face to face in an attempt to sort out any miscommunications between our two companies. I must admit that I am not privy to all the details regarding the B/K and proposals related, but I know I can speak for the Ownership Group in this regard, at least: We sincerely appreciate all the current and past business you have transacted with Blommer Chocolate. Furthermore, the Blommers are committed to working together to resolve this issue.

Regards,

Blommer Chocolate
Vice President, Sales

**Stephen R. Kline**

Stephen R. Kline

10/04/2006

Senior Director Purchasing
Nellson Nutraceutical
5801 Ayala Avenue
Irwindale, CA 91706
Phone: 626-815-3341
Fax: 626-815-0661
----- Forwarded by Gregory Batts/Purchasing/NCI on 10/04/2006 10:12 AM ----

wblack@solae.com
10/04/2006 09:59 AM

> To
> gbatts@nellsonni.com
> cc
>
> Subject
> Court Transcripts

Good morning Greg.

We have asked Solae's General Counsel to obtain a copy of the transcrpt
referred to in yesterday's coference call.

The un-secured creditors' counsel has the transcript, but requires a
written release from one of NNI's executives in order to share it with
Solae.

By way of this communication, can one of your executive team members please
reply by return e-mail (to me), giving NNI's approval for Solae to obtain
the specifc portion of the transcript that you want us to review?

Thanks much for your prompt attention and reply.

Sincerely,


Will T. Black
Sr Director
North America Sales
The Solae Company



10/04/2006

10/04/2006 10:27 AM

cc: Sturgill/R&D/NCI, Jeffrey B Dias/MGMT/NCI, Thomas Jagiela/MGMT/NCI

Subject RE: Solae- Court Transcripts

Will,

your starting point is and should be the position your company and its counsel have taken via the Creditors Committee with the Court. You get that position.

I and not going to take part in circulating scurrilous lies.

Jeff Dias

---- Original Message ----
From: "Gregory Batts" <gbatts@nellsonni.com>
Date: 10/4/06 10:15 am
To: "Ted Schouten" <TSchouten@nellsonni.com> ; "Scott Sturgill" <ssturgill@nellsonni.com> ; "Jeffrey B Dias" <jdias@nellsonni.com> ; "Thomas Jagiela" <tjagiela@nellsonni.com>
Subj: Solae- Court Transcripts

Everyone,

RE: Court Transcripts

Good morning Greg.

We have asked Solae's General Counsel to obtain a copy of the transcript referred to in yesterday's conference call.

The un-secured creditors' counsel has the transcript, but requires a written release from one of NNI's executives in order to share it with Solae.

By way of this communication, can one of your executive team members please reply by return e-mail (to me), giving NNI's approval for Solae to obtain
the specifc portion of the transcript that you want us to review?

Thanks much for your prompt attention and reply.

Sincerely,


Will T. Black
Sr Director
North America Sales
The Solae Company

ph. 314 659 3391 ofc
    314 378 0528 cell

Gregory K. Batts

10/04/2006

## Kintz, Dona K.

**From:** Gwynne, Kurt F.
**Sent:** Wednesday, October 04, 2006 3:36 PM
**To:** Gwynne, Kurt F.
**Subject:** SOLAE EMAILS

----- Forwarded by Cary A. Levitt/PROTEIN on 10/04/2006 02:06 PM -----

**Will T. Black/PROTEIN**

10/04/2006 01:39 PM

To Cary A. Levitt/PROTEIN@STLOUIS
cc
Subject Fw: Solae- Court Transcripts

----- Forwarded by Will T. Black/PROTEIN on 10/04/2006 01:38 PM -----

**gbatts@nellsonni.com**

10/04/2006 12:34 PM

To "Will Black" <wblack@solae.com>, "Philippe Ballet" <pballet@solae.com>
cc
Subject Solae- Court Transcripts

Will & Philippe (Tom Burrows)

Will,
your starting point is and should be the position your company and its counsel have taken via the Creditors Committee with the Court. You get that position.

I and not going to take part in circulating scurrilous lies.

Jeff Dias

Gregory K. Batts
Senior Director Purchasing
Nellson Nutraceutical
5801 Ayala Avenue
Irwindale, CA 91706
Phone: 626-815-3341
Fax: 626-815-0661

----- Forwarded by Gregory Batts/Purchasing/NCI on 10/04/2006 10:32 AM -----

**Jeffrey B Dias/MGMT/NCI**

To Gregory Batts/Purchasing/NCI, Ted Schouten/MGMT/NCI, Scott

10/04/2006