IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 <br> ) |
| NELLSON NUTRACEUTICAL, INC.,[1] | ) Case No. 06-10072 (CSS) <br> ) (Jointly Administered) <br> ) |
| Debtors. | ) **Related Docket No. 1663** |

## ORDER GRANTING FINAL APPLICATION OF ALVAREZ & MARSAL SECURITIES, LLC AS FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

This matter coming before the Court for hearing on the *Final Application of Alvarez & Marsal Securities, LLC as Financial Advisor to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses* (the "Application");[2] and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (c) venue of these chapter 11 cases in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and (d) notice of the Application was sufficient under the circumstances; and it appearing that the relief requested therein, is appropriate; therefore it is hereby

ORDERED that the Application is granted on a final basis; and it is further

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) Nellson Nutraceutical, Inc., a Delaware corporation, Fed. Tax Id. #5044; (b) Nellson Holdings, Inc., a Delaware corporation, Fed. Tax Id. #0642; (c) Nellson Intermediate Holdings, Inc., a Delaware corporation, Fed. Tax Id. #0653; (d) Nellson Northern Operating, Inc., a Delaware corporation, Fed. Tax Id. #7694, (e) Nellson Nutraceutical Eastern Division, Inc., a Delaware corporation, Fed. Tax Id. #8503; (f) Nellson Nutraceutical Powder Division, Inc., a Delaware corporation, Fed. Tax Id. #3670; and (g) Vitex Foods, Inc., a California corporation, Fed. Tax Id. #9218.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.

ORDERED that A&M is allowed, on a final basis, $1,598,500.00 for as compensation for services and $65,183.51[3] for reimbursement of expenses; and it is further

ORDERED that the Debtors are authorized to make payment to A&M on account of any of the fees and expenses granted herein that have not yet been paid; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Oct. 19, 2007

Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge

---

[3] Reflects a reduction of $6,946.89.