IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NELLSON NUTRACEUTICAL, INC.,[1] | ) | Case No. 06-10072 (CSS) |
| | ) | (Jointly Administered) |
| Liquidating Debtors. | ) | **Related to Docket No. 2367** |

### ORDER AND FINAL DECREE CLOSING CERTAIN OF THE CHAPTER 11 CASES (EXCLUDING NELLSON NUTRACEUTICAL, INC.)

The above-captioned liquidating debtors (collectively the "Debtors") having filed a motion (the "Motion"), seeking a final decree closing six of the seven above-captioned cases (the "Finalized Cases") pursuant to section 350(a) of chapter 11, title 11 of the United States Code as amended (the "Bankruptcy Code") and Rule 3022 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and it appearing that the Finalized Cases have been fully administered as required by Bankruptcy Code section 350(a) and Bankruptcy Rule 3022, making no further administration necessary; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that the following cases be closed, effective as of the entry of this Order:

---

[1] The Debtors and the last four digits of each of the Debtors' federal tax identification numbers are as follows: (a) Nellson Nutraceutical, Inc., a Delaware corporation, Fed. Tax Id. #5044; (b) Nellson Holdings, Inc., a Delaware corporation, Fed. Tax Id. #0642; (c) Nellson Intermediate Holdings, Inc., a Delaware corporation, Fed. Tax Id. #0653; (d) Nellson Northern Operating, Inc., a Delaware corporation, Fed. Tax Id. #7694, (e) Nellson Nutraceutical Eastern Division, Inc., a Delaware corporation, Fed. Tax Id. #8503; (f) Nellson Nutraceutical Powder Division, Inc., a Delaware corporation, Fed. Tax Id. #3670; and (g) Vitex Foods, Inc., a California corporation, Fed. Tax Id. #9218.

00001-001\DOCS_DE:149542.2

Date 6-29-09
Docket #2367

| Case Number | Case Name |
|---|---|
| 06-10073 (CSS) | Nellson Holdings, Inc. |
| 06-10074 (CSS) | Nellson Intermediate Holdings, Inc. |
| 06-10075 (CSS) | Nellson Northern Operating, Inc. |
| 06-10076 (CSS) | Nellson Nutraceutical Eastern Division, Inc. |
| 06-10077 (CSS) | Nellson Nutraceutical Powder Division, Inc. |
| 06-10078 (CSS) | Vitex Foods, Inc. |

and it is further

ORDERED that Case Number 06-10072, Nellson Nutraceutical, Inc., shall remain open pending further order of this Court; and it is further

ORDERED that the Court shall retain jurisdiction pursuant to Bankruptcy Code section 350(b), to reopen the Finalized Cases to administer assets, to accord relief to the Debtors, or for other cause, and to the extent necessary to enforce the provisions of the Plan, the confirmation order, or this Order.

Dated: July 20, 2009

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge